**FILED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Heidi Frasca

35 Paucek Road

Buxton, Maine 04093

Tel: 603-447-9201

Plaintiff/Whistleblower & In Propria Persona Litigant

08 0107

Vs.

State of Maine, 6 State House Station, Augusta, Maine 04333-0006.

Seth Bradstreet III, 28 State House Station, Augusta Maine 04330

Marilyn Stavros, 11 Chases Pond Rd., York Maine 03909

Christine Foster, 25 Adams St., Biddeford Maine 04005

Jessica Christensen, District Attorney's Office, Biddeford District Court, 25 Adams St.,
    Biddeford, Maine 04005

Mark Lawrence, York Probate Court, P.O. Box 399, Alfred, Maine 04002-0399

Wayne R. Douglas, 447 Main Street, Springvale, Maine 04083


**MOTION FOR WRITS OF PROHIBITION**

**&**

**REMOVAL OF STATE CASE TO U.S. DISTRICT COURT**

COMES now Plaintiff, Heidi Frasca, and asks the Court for Writs of Prohibition in this case based upon the attached Law Suit information, (particularly note the Postal Receipts showing that a Notice of Intent to Sue was sent to each party who was involved in the initial unconstitutional search, the "Order" issued by Judge Hornby and the fact that Judge George Singal failed to remove this Property and U.S. Constitutional case from the State Court to the U.S. District Court which has Original Jurisdiction). Paragraph #12 of the law suit filed in

George Singal's court (and your court) requires that he remove the State Void case to the U.S. District Court. The fact that he refused to carry out his duty but did not inform the Frascas resulted in the Frascas believing they did not have to take part in the fraudulent Biddeford Maine court proceedings against them. They believed the case had been removed to the U.S. District Court and therefore did not appear at the Void Court proceedings. This was the proximate cause of the warrant for John Frasca's arrest. Now Heidi Frasca has "heard" from a news media source that the Biddeford Court plans to force her into their court to bring charges against her in a case where they have no jurisdiction and where everything is already VOID.

    The Biddeford Court and State of Maine have NEVER had jurisdiction to seize property, to bring charges, to issue an arrest warrant because as Plaintiffs can and will show in an impartial court of law, that the State conducted an unconstitutional search of their property and those persons were served by the Frascas with a Notice of Intent to Sue. Those persons then swore out Fruit of the Poisonous Tree Affidavits which were not attached to the Void/Blank warrant (nor was any Complaint attached to the warrant) making the seizure of the Frasca property VOID. The Frascas can prove they were targeted and there was a conspiracy to fleece them of not only their movable property but also a conspiracy to defraud them of their legally owned kennel building, house, and 23 acres of land in order for the State to use this property as their new State SPCA. This new State SPCA was to be run by the same people who committed these criminal acts against the Frascas.

    Meanwhile these State conspirators have sought to destroy the Frascas property by spaying and neutering the animals taken. These animals represent a carefully planned breeding program that spans thirty-five years.

    John Frasca as the only member of the family able to bring in substantial income for the family to pay their bills and buy food and heat has been purposely targeted so that the Frasca family is now without any income of any kind.

    The Frascas will show in court that this criminal warrant issued by a Court that has no jurisdiction in a VOID case is an attempt to carry out the initial conspiracy plan to strip the Frascas of their movable and fixed property so that the State can take over that property without paying for it.

    It is unconstitutional for a court - - even one with jurisdiction - - to charge $868,000 in order for a victim to be able to file an appeal of the criminal acts and injustices being done by the



State. The U.S. Constitution forbids such excessive fines and no State can pass any law overriding the U.S. Constitutional provisions/protections. Yet the Biddeford Court levied such fines upon the Frascas in an attempt to stop any appeal.

It is paramount to the presentation of the Frasca case that John Frasca's warrant be recognized for what it is, - - VOID - - and be rescinded so that he can resume his usual work schedule and so that he can testify in the law suit brought by the Frascas against the criminals who have conspired against them.

Also, it is extremely important that a Writ of Prohibition be immediately granted so that the Frasca dogs are not irreparably harmed by being spayed and neutered or destroyed thus ruining a 35 year breeding program. Such a genetic loss is incalculable.

### RELIEF SOUGHT

Petitioner seeks a Writ of Prohibition to stop the spaying, neutering, killing, adopting, selling, giving away of her legally owned animals AND seeks a Writ of Prohibition to negate (or at least stay) the Void criminal warrant the State is trying to serve on John Frasca in order to put him in jail. Petitioner further asks that the U.S. District Court of District of Columbia remove the State case to the jurisdiction of the U.S. District Court of District of Columbia which is the proper venue for a Property and U.S.A. Constitutional rights violation case.

Respectfully submitted,

Dated: November 18, 2007

*Heidi Frasca*

Heidi Frasca, Petitioner, In Propria Persona, NonAttorney Litigant, Whistleblower, / Discriminated Against Disenfranchised Sovereign Person / Victim)

35 Paucek Road
Buxton, Maine 04093
Tel: 603-447-9201

The undersigned Movants hereby file their Judicial Brief. They reserve the right to amend the brief at any time without the consent of the court. They respectfully cite to the Court the landmark case of Haines v. Kerner, United States Supreme Court, 30 L Ed 2d 652, 404 US 519, 92 S Ct 594, rehearing denied, 30 L Ed 2d 811, 405 US 94, ( 1972 ), which stands for the well established principle that pleadings prepared by a pro se litigant are not held to the same stringent standard as those prepared by an attorney. Your undersigned Movants are Pro Se in Proper Person litigants. **They are not attorneys. They have no legal training.**

Further, if they have requested the wrong relief, they respectfully request the Court / Your Honor to treat their pleadings as if they had requested the proper relief. If they failed to include the proper allegations, they respectfully request the Court / Your Honor to construe their pleadings as if they had. In this manner, their pleadings can be construed or interpreted so as to do substantial justice, as the Rules of Procedure require.

**WHEREFORE,** the Plaintiffs, Heidi Frasca and John Frasca as Sovereign Persons coming into the court under the 13th Amendment to the United States of America Constitution respectfully submit their Judicial Brief.

**DATED:**       November 19, 2007

_____[signature: Heidi Frasca]_____

Heidi Frasca, Petitioner, In Propria Persona, NonAttorney Litigant, Whistleblower, / Discriminated Against Disenfranchised Sovereign Person / Victim-)
35 Paucek Road
Buxton, Maine  04093
Tel: 603-447-9201

*[handwritten: John is Unavailable to sign as explained in letter to the Clerk of Court]*

John Frasca, Petitioner, In Propria Persona, NonAttorney Litigant, Whistleblower, / Discriminated Against Disenfranchised Sovereign Person / Victim )
35 Paucek Road
Buxton, Maine  04093
Tel: 603-447-9201

Page 1 of 38 – Frasca, All Rights Reserved, None Waived