FILED
JAN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John and Heidi Frasca, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. **08 0107** |
| | ) |
| State of Maine *et al.*, | ) |
| | ) |
| Defendants. | ) |

## TRANSFER ORDER

This matter is before the Court on its initial review of plaintiffs' *pro se* complaint and application to proceed *in forma pauperis*. Plaintiffs are residents of Buxton, Maine, who are suing more than 40 defendants mostly in Maine. The complaint stems from the execution of a warrant by "the police in [plaintiffs'] town," which resulted in the seizure of property. Plaintiffs claim that they "have had our entire livelihood and business stolen from us under color of law" and without due process. Compl. at 4. Because neither the events giving rise to the claim nor the property at issue is connected to the District of Columbia, this Court is the wrong venue for litigating plaintiffs' claim. *See* 28 U.S.C. § 1391(b) (establishing proper venue). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 9th day of January 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the District of Maine. Whether plaintiffs should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge